# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cr-173-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **KENNETH LAMONT MOORE, JR.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on defendant's Sealed Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 91).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: October 30, 2020

Max O. Cogburn Jr.
United States District Judge